FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 30, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ESTATE OF MARC A. MORENO, by and through its personal representative Miguel Angel Moreno; MIGUEL ANGEL MORENO; individually; and ALICIA MAGANA MENDEZ, individually,<br><br>              Plaintiffs,<br><br>v.<br><br>CORRECTIONAL HEALTHCARE COMPANIES, INC.; CORRECT CARE SOLUTIONS, LLC, OUR LADY OF LOURDES HOSPITAL AT PASCO, INC., a Washington nonprofit corporation doing business as Our Lady of Lourdes Hospital and Lourdes Counseling Center; ASHLEY CASTANEDA, individually; ANITA VALLEE, individually,<br><br>              Defendants. | NO: 4:18-CV-5171-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT OUR LADY OF LOURDES HOSPITAL AT PASCO, INC D/B/A OUR LADY OF LOURDES HOSPITAL AND LOURDES COUNSELING CENTER AND DEFENDANT ANITA VALLEE |

ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT OUR LADY OF LOURDES HOSPITAL AT PASCO, INC D/B/A OUR LADY OF LOURDES HOSPITAL AND LOURDES COUNSELING CENTER AND DEFENDANT ANITA VALLEE ~ 1

BEFORE THE COURT is Plaintiff's Stipulated Motion to Dismiss Lourdes and Vallee, ECF No. 73. Having reviewed the Motion and the record, the Court finds good cause to grant dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Stipulated Motion to Dismiss Lourdes and Vallee, **ECF No. 73**, is **GRANTED**.

2. Plaintiff's Complaint is dismissed **with prejudice** and without fees or costs as to Defendant Our Lady of Lourdes Hospital at Pasco, Inc., d/b/a Our Lady of Lourdes Hospital and Lourdes Counseling Center and Defendant Anita Vallee, **only**.

3. All other claims against all other defendants remain pending.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice as to Defendant Our Lady of Lourdes Hospital at Pasco, Inc., d/b/a Our Lady of Lourdes Hospital and Lourdes Counseling Center and Defendant Anita Vallee, only, and provide copies of this Order to counsel.

**DATED** October 30, 2019.

                                        *s/ Rosanna Malouf Peterson*
                                      ROSANNA MALOUF PETERSON
                                      United States District Judge