1

2

3

4

5
FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2020

SEAN F. McAVOY, CLERK

**UNITED STATES DISTRICT COURT**

6

**EASTERN DISTRICT OF WASHINGTON**

7

| | |
|---|---|
| MEGAN C.[1], | No. 2:19-CV-00321-MKD |
| Plaintiff, | **ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| vs. | |
| ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY, | **ECF Nos. 13, 14, 18, 20** |
| Defendant. | |

13     Before the Court is the parties' Stipulated Motion for Remand, ECF No. 20,

14 requesting remand of the above-captioned matter to the Commissioner for

15 additional administrative proceeding pursuant to sentence four of 42 U.S.C. §

16 405(g).  Attorney Dana C. Madsen represents Plaintiff.  Attorney Ryan Lu

---

[1] To protect the privacy of plaintiffs in social security cases, the undersigned identifies them by only their first names and the initial of their last names.  *See* LCivR 5.2(c).

ORDER - 1

represents Defendant.  The parties have consented to proceed before a magistrate

judge.  ECF No. 4.

After consideration, **IT IS HEREBY ORDERED** that:

1. The parties' Stipulated Motion for Remand, **ECF No. 20**, is **GRANTED**.

2. The above-captioned case be **REVERSED** and **REMANDED** to the

Commissioner of Social Security for further administrative proceeding pursuant to

sentence four of 42 U.S.C. § 405(g).

On remand, the parties stipulate that the ALJ will:

(1) Evaluate the persuasiveness of the medical opinions under the new
    regulatory factors set out in 20 C.F.R. § 404.1520c, and articulate the
    consistency and supportability of each opinion;
(2) Reevaluate Plaintiff's subjective complaints;
(3) Continue the sequential evaluation process;
(4) Further develop the record;
(5) Offer Plaintiff the opportunity for a new hearing; and
(6) Issue a new decision.

ECF No. 20 at 2.

3. Judgment shall be entered for **PLAINTIFF**.

4. Plaintiff's Motion for Summary Judgment, **ECF No. 13**, Defendant's

Motion for Summary Judgment, **ECF No. 14**, and Plaintiff's Supplemental Motion

for Summary Judgment, **ECF No. 18**, are **STRICKEN AS MOOT**.

//

//

ORDER - 2

5. Upon proper presentation, this Court consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The District Court Executive is directed to enter this Order, **enter Judgment**, forward copies to counsel, and **CLOSE THE FILE**.

DATED June 1, 2020.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 3