AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 01, 2020**

SEAN F. McAVOY, CLERK

ESTATE OF MARC A. MORENO, by and through its personal representative Miguel Angel Moreno; MIGUEL ANGEL MORENO, and ALICIA MAGAN MENDEZ )
*Plaintiff* )
v. )
CORRECTIONAL HEALTHCARE COMPANIES, INC.; CORRECT CARE SOLUTIONS, LLC; and ASHLEY CASTANEDA, )
*Defendant*

Civil Action No. 4:18-CV-5171-RMP

## DEFAULT JUDGMENT

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: Plaintiffs' Rule 37(e) Motion for Default Judgment, ECF No. 96, is GRANTED. Pursuant to the Court's reasoning supra, Defendants' Motion for Partial Summary Judgment, ECF No. 104, which seeks the dismissal of Plaintiffs' Monell claims against Defendants Correctional Healthcare Companies, Inc. and Correct Care Solutions, LLC, is DENIED AS MOOT. Judgment entered as to liability against Defendants Correctional Healthcare Companies, Inc. and Correct Care Solutions, LLC, on Plaintiffs' Section 1983 claims.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson

Date: June 1, 2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Angela Noel
*(By) Deputy Clerk*

Angela Noel