FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 28, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ESTATE OF MARC A. MORENO, by and through its personal representative Miguel Angel Moreno; MIGUEL ANGEL MORENO, individually; and ALICIA MAGANA MENDEZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CORRECTIONAL HEALTHCARE COMPANIES, INC.; CORRECT CARE SOLUTIONS, LLC; and ASHLEY CASTANEDA, individually,<br><br>Defendants. | NO: 4:18-CV-5171-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

THIS MATTER came before the Court upon the Stipulated Motion for Dismissal filed by the remaining parties to this action. ECF No. 184. Upon consideration of the Stipulated Motion for Dismissal, it is hereby ordered that:

1. The Stipulated Motion to Dismiss, **ECF No. 184**, is **GRANTED**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. Plaintiffs' claims against the remaining defendants are dismissed **with prejudice** and without an award of fees or costs.

3. All pending motions are stricken as moot, and all scheduled court hearings and the trial date are stricken.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** September 28, 2020.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2